**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1804**

CLEVELAND SANDERS,

        Plaintiff - Appellant,

    v.

SC DEPT CORRECTIONS,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville. Terry L. Wooten, District Judge. (6:09-cv-01100-TLW-WMC)

Submitted: April 6, 2010         Decided: July 1, 2010

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cleveland Sanders, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland Sanders, III, voluntarily dismissed an action he filed in the United States District Court for the District of South Carolina, in which he sought to appeal an order of the South Carolina Supreme Court. He then noted an appeal, which the district court transmitted to this court pursuant to Fed. R. App. P. 3(d)(1). However, the only avenue for relief from the South Carolina Supreme Court's decision is by petition for writ of certiorari filed in the United States Supreme Court. 28 U.S.C. § 1257 (2006). Neither the district court nor this court has jurisdiction to review an order of a state court. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the dismissal of Sanders's district court action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2